PROB 12F
(10/24)

# United States District Court

## for

## District of New Jersey

### Application to Withdraw and Dismiss Petition for Warrant or Summons for Individual Under Supervision

April 1, 2026

Name of Individual Under Supervision: Winston Womble                Cr.: 13-00507-001
                                                                    PACTS #: 65380

Name of Judicial Officer:        THE HONORABLE NOEL L. HILLMAN
                                 SENIOR UNITED STATES DISTRICT JUDGE
                                 (Reassigned to the Hon. Christine P. O'Hearn on March 11, 2025)

Date of Original Sentence: 07/28/2014

Original Offense:        Count One: Conspiracy to Possess with Intent to Distribute More Than 500 grams of Cocaine, 21 U.S.C. § 846 [21 U.S.C. §§841(a)(1) and (b)(1)(B)]; a Class B felony

Original Sentence: 180 months imprisonment, 5 years supervised release

Special Conditions: Special Assessment, Alcohol Treatment, Drug Treatment, Financial Disclosure, Life Skills Counseling, Self-Employment/Business Disclosure, Alcohol Restrictions, Location Monitoring Program

Type of Supervision: Supervised Release                Date Supervision Commenced: 12/27/2024

### CAUSE

On December 15, 2025, Mr. Womble was charged by the Gloucester County Prosecutor's Office for an incident that occurred on August 4, 2025.

According to the *Criminal Complaint*, Mr. Womble engaged in a physical altercation with his ex-girlfriend, T.J. Mr. Womble allegedly struck T.J with a closed fist. He also allegedly slammed her on a parked car, kicking and kneeing her back, side and stomach. It was also alleged that Mr. Womble grabbed her shirt, scratching her chest and leaving an open wound.

In addition, the *Criminal Complaint* alleges that Mr. Womble threw T.J.'s phone on the ground, shattering the screen and broke T.J.' $7000 diamond earing.

Mr. Womble was charged with:

-   Aggravated Assault on Domestic Violence Victim; N.J.S. 2C:12-1b(12); a third degree felony
-   Criminal Mischief - Damage Property ($500-$2000); N.J.S. 2C:17-3a(1), a fourth degree felony

As a result of the new charges, on January 16, 2026, the Probation Office submitted a *Petition for Summons for Individual Under Supervision*. The Court endorsed this report on January 16, 2026.

On March 16, 2026, Mr. Womble appeared in the Superior Court of New Jersey where the charges against him were downgraded to Municipal Court. The charges were downgraded to the following:

-   Simple Assault: N.J.S. 2C:12-1a(1), a disorderly persons offense

- Criminal Mischief: N.J.S. 2C:17-3a(1), a disorderly persons offense

Since the filing of the petition, the Probation Office received additional evidence from the Logan Township Police Department in reference to the incident that occurred on August 4, 2025. The evidence was reviewed with the United States Attorney's Office, and it was their view that there was not sufficient evidence to support a Violation of Supervised Release, and they offered no objection to withdrawing the petition. Additionally, the undersigned attempted to reach out to the victim of the domestic violence incident; however, outreach attempts were unsuccessful.

Considering these developments, the Probation Office respectfully requests that the petition filed on January 16, 2026, be withdrawn

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By:  MATTHEW J. WEBER
     Senior U.S. Probation Officer

/mjw

APPROVED:

_____    4/1/26
ANTHONY M. STEVENS              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

**THE COURT ORDERS:**

☑ The Petition dated January 16, 2026 and filed with the Court on January 16, 2026 is hereby WITHDRAWN and DISMISSED WITHOUT PREJUDICE (as recommended by Probation).

☐ Other:
_____.

_____
Signature of Judicial Officer

_____    4/6/2026
                                Date